# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**NICOLE M. CARRIER-TITTI**

    vs.                  **CASE NUMBER: 5:06-CV-647 (VEB)**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION**

**Decision by Court.**   This action came to trial or hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's Motion for Judgment on the Pleadings is GRANTED in part and DENIED in part, further Ordered that Defendant's Motion for Judgment on the Pleadings is DENIED. The Complaint filed by Nicole M. Carrier-Titti is hereby REMANDED to the Commissioner of Social Security for further proceedings.

All of the above pursuant to the order of the Honorable Judge Victor E. Bianchini, dated the 1st day of June, 2009.

DATED: June 1, 2009

                                                 Clerk of Court

                                                 Joanne Bleskoski
                                                 Deputy Clerk